UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE GARDENER,<br>   Plaintiff,<br><br>  v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br>   Defendant. | Case No. 20-cv-03799-PJH<br><br>**ORDER DENYING EX PARTE MOTION**<br><br>Re: Dkt. No. 31 |
|---|---|

The court is in receipt of defendant's ex parte motion to stay discovery. Dkt. 31. Local Rule 7-10 requires a party filing a motion ex parte to cite the specific statute, Federal Rule, local rule, or standing order that permits the use of such motion under the given circumstances. Civ. L.R. 7-10.

In its ex parte motion, defendant cites no statute, rule, or standing order that permits an ex parte motion in the circumstances presented. Moreover, since ECF generates notice to the opposing party, filing an ex parte motion is inapt. See Civ. L.R. 7-10 (defining ex parte motion as one "filed without notice to opposing party"). Significantly, Civil Local Rule 6-3(a) expressly contemplates the sort of administrative relief defendant seeks, that is, a noticed motion filed with a motion to shorten time.

For the reasons stated, the court DENIES WITHOUT PREJUDICE defendant's motion.

/ / /

/ / /

/ / /

Defendant may refile the motion in compliance with the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: December 8, 2020

                                             /s/ Phyllis J. Hamilton
                                             PHYLLIS J. HAMILTON
                                             United States District Judge